UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2: 15 - cv – 356 SJF – AKT |
| v. | **FILED** IN CLERK'S OFFICE U S DISTRICT COURT E D N Y |
| MELISSA ADAMS AS EXECUTRIX OF THE ESTATE OF ESTELLE ROTH, | ★ FEB 18 2015 ★ |
| Defendant. | LONG ISLAND OFFICE |

## JUDGMENT

Judgment is entered in favor of the Plaintiff United States of America and against the Defendant Estate of Estelle Roth, Melissa Adams as Executrix, for the estate's liability for federal estate taxes in the amount of $246,115.20, plus statutory additions accruing after January 19, 2015, including, but not limited to, interest pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c), until fully paid.

DATE: February 18, 2015

s/ Sandra J. Feuerstein
_____
SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE